# United States Court of Appeals

### For the Seventh Circuit
Chicago, Illinois 60604

September 13, 2011

By the Court:

JASON SENNE,

        *Plaintiff-Appellant,*

No. 10-3243        v.

VILLAGE OF PALATINE, ILLINOIS,

        *Defendant-Appellee.*

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 1:10-cv-5434

Matthew F. Kennelly,

        *Judge.*

### O R D E R

The petition for rehearing *en banc* is GRANTED. The panel's opinion and judgment previously issued on July 11, 2011 are VACATED.

Oral argument will be set by the Court at a date to be determined.